UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VALERIO RIOS-HERNANDEZ,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No.  1:25-cr-00003

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an Indictment. Count 1 charges defendant with alien felon reentry, in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

The government sought defendant's detention on the basis that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on May 5, 2025, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney

General pending trial.

    DONE AND ORDERED on May 5, 2025.

                                                      /s/ Phillip J. Green  
                                                      PHILLIP J. GREEN  
                                                      United States Magistrate Judge